MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

Attorney for Enrique Quintero

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>ENRIQUE QUINTERO,<br>　　　　　Defendant. | Case No. CR11-00550-EJD<br>Related Case No. CR 11-00711 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM APRIL 16, 2012 THROUGH APRIL 30, 2012** |

　　　　Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas O'Connell, and defendant Enrique Quintero, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference currently scheduled for April 16, 2012 should be continued to April 30, 2012.

　　　　The parties further stipulate that time should be excluded under the Speedy Trial Act from April 16, 2012 through April 30, 2012 so that defense counsel can conduct additional investigation

Quintero-[Proposed] Order Excluding Time　　　- 1 -

essential to the resolution of this case.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Date: April 13, 2012

_____/S/_____
THOMAS O'CONNELL
Assistant United States Attorney

Date: April 13, 2012

_____/MDS/_____
MICHELLE D. SPENCER
Attorney for Enrique Quintero

# [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court finds that failing to exclude the time from April 16, 2012 through April 30, 2012 would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 16, 2012 through April 30, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from April 16, 2012 through and including April 30, 2012 shall be excluded from computation under the Speedy Trial Act.

Date: April 13, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge