MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Enrique Quintero

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ENRIQUE QUINTERO,<br><br>　　　　　　Defendant. | CASE NO: CR11-00550/711--EJD<br><br>ENRIQUE QUINTERO'S MOTION TO CONTINUE SENTENCING HEARING<br><br>Date:　September 24, 2012<br>Time:　1:30 p.m.<br>Court:　The Hon. Edward J. Davila |

　　　　Defendant Enrique Quintero, by and through his counsel Michelle D. Spencer hereby requests that the Court continue his sentencing hearing currently scheduled for September 24, 2012 until October 1, 2012, October 15, 2012, or some other date convenient for the Court, United States Probation Officer Ben Flores and counsel.

　　　　In February 2012, during the negotiations of the resolution in this case, the defense was advised that at least one similarly situated co-defendant had received a sentencing recommendation higher than his 20-year stipulated sentence. Ultimately, the parties

- 1 -

Enrique Quintero's Mtn to Continue Sentencing Hearing

stipulated to a 20-year sentence.  However, the final Presentence Report (hereinafter "PSR") which was disclosed on September 10, 2012 contains an advisory guideline range of 188-235 months and a sentencing recommendation of 235 months.  The sentence recommended in the final PSR is within the advisory guideline range and is 5-months less than the 240-month sentence agreed upon in the plea agreement.

Last week defense counsel contacted Supervising Assistant United States Attorney Jeff Nedrow and Assistant United States Attorney Thomas O'Connell who is assigned to this case to discuss obtaining a guideline range sentence in view of the final PSR.  The defense requests a continuance of the sentencing hearing in order to completely discuss this issue with Mr. Nedrow and Mr. O'Connell.

Mr. O'Connell advised the defense that he objects to the requested continuance.

## CONCLUSION

A continuance of the sentencing hearing in this case would not prejudice the government.   We submit that the requested continuance to discuss the guideline sentencing range in the PSR versus the above guideline 20-year sentence in the plea agreement with a supervisor at the United States Attorney's Office is reasonable and necessary particularly in view of the significant length of the potential sentence in this case.

Dated:  September 17, 2012                                          Respectfully submitted,


          /MDS/
Michelle D. Spencer
Attorney for Enrique Quintero

IT IS SO ORDERED
The Sentencing is continued from September 24, 2012 to October 15, 2012 at 1:30 PM.

Dated: 9/21/2012

United States District Judge

- 2 -

Enrique Quintero's Mtn to Continue Sentencing Hearing